# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **P.G., on behalf of C.B.,** : | CIVIL ACTION NO. 1:04-CV-2221 |
| **Plaintiff** : | (Judge Conner) |
| v. : | |
| **SOUTHERN YORK COUNTY** : | |
| **SCHOOL DISTRICT,** : | |
| **Defendant** : | |

## **ORDER**

AND NOW, this 6th day of January, 2006, upon consideration of the pretrial and trial schedule in the above-captioned case, and it appearing that resolution of a pending dispositive motion (Doc. 43) constitutes "good cause" for a continuance of this schedule, see FED. R. CIV. P. 16(b), it is hereby ORDERED that the pretrial and trial schedule is postponed pending disposition of the dispositive motion (Doc. 43).

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge