AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

### MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

P.G., on behalf of C.B.

                        v.                    CASE NUMBER: 1:CV-04-2221

Southern York County School District

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of Defendant, Southern York County School District, and against Plaintiff, P.G., on behalf of C.B.

**Date:** October 24, 2006                                  **Mary E. D'Andrea, Clerk of Court**

                                                                        **(By) Jill Cardile, Deputy Clerk**